UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OREGON MUTUAL INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>  v.<br><br>SEATTLE COLLISION CENTER, INC., et al.,<br><br>        Defendants.<br>_____<br>SEATTLE COLLISION CENTER, INC., et al.,<br><br>        Third-Party Plaintiffs,<br><br>  v.<br><br>AMERICAN STATES INSURANCE COMPANY, et al.,<br><br>        Third-Party Defendants. | CASE NO. C08-1670JLR<br><br>ORDER DENYING MOTION FOR RECONSIDERATION |

ORDER - 1

This matter comes before the court on Third-Party Defendants' motion for partial reconsideration (Dkt. # 71). The court has considered both the motion and Third-Party Plaintiffs' response (Dkt. # 75), and deems oral argument unnecessary. For the following reasons, the court DENIES the motion for reconsideration (Dkt. # 71).

Pursuant to Local Rules W.D. Wash. CR 7(h)(1), motions for reconsideration are disfavored, and will ordinarily be denied unless there is a showing of (a) manifest error in the prior ruling, or (b) facts or legal authority which could not have been brought to the attention of the court earlier, through reasonable diligence. Here, Third-Party Defendants have made neither showing. Even accepting Third-Party Defendants' arguments regarding *St. Paul Fire & Marine Ins. Co. v. Onvia, Inc.*, 196 P.3d 664 (Wash. 2008), the court is not persuaded that a different result would be warranted. As noted in the court's September 18, 2009 order, Third-Party Defendants, in their motion for summary judgment, simply did not present substantive argument, briefing, or authority with respect to Third-Party Plaintiffs' bad faith and CPA delay claims, negligence claim, and coverage by estoppel claim. As a consequence, Third-Party Defendants did not carry their initial burden with respect to these claims. The court therefore denies the motion for reconsideration. In response to the issues raised by Third-Party Defendants, the court issues an amended version of its September 18, 2009 order (Dkt. # 68). (*See* Am. Order (Dkt. # 76) at 24, 26.)

Dated this 28th day of October, 2009.

JAMES L. ROBART
United States District Judge